Reuven L. Cohen (Bar No. 231915)
rcohen@dordiwilliamscohen.com
**DORDI WILLIAMS COHEN, LLP**
724 South Spring Street, Suite 903
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorneys for Defendant,
EDWARD WISHNER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EDWARD WISHNER,<br><br>  Defendant. | Case No. 2:14-CR-00712-SJO<br><br>**[PROPOSED] ORDER MODIFYING CONDITIONS OF BOND AND EXTENDING TIME FOR POSTING OF BOND** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

1. The terms and conditions of bond previously set are modified as follows: (1) unsecured appearance bonds totaling $610,000, signed by Beverly Wishner in the amount of $500,000 and Stacy Wishner in the amount of $110,000 and (2) an appearance bond with a $390,000 justified affidavit of surety, secured by Darren Wishner's home, located at 5527 Alfredo Court, Agoura Hills, CA 91301.

2. The time to post bond in this matter is extended from January 7, 2015 to January 21, 2015.

All other conditions of bond are to remain as previously ordered.

DATED: January __, 2015

_____
HON. VICTOR B. KENTON
United States Magistrate Judge

Presented by:

*/s/ Reuven L. Cohen*
REUVEN L. COHEN