# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | **CR 14-00712-SJO** | | | | | Date | January 13, 2015 |
|---|---|---|---|---|---|---|---|

| Present: The Honorable | S. James Otero |
|---|---|
| Interpreter | Not Required |

| V.R. Vallery | Debbie Hino-Spaan | Ranee Katzenstein; Paul Stern |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Joel Barry Gillis | xx | | xx | James W. Spertus | xx | | xx |
| (2) Edward Wishner | xx | | xx | Reuven L. Cohen | xx | | xx |

**Proceedings:** **HEARING RE CHANGE OF PLEA**

Matter called.

Defendants are placed under oath.

Court advises the defendants that they have been placed under oath, and that if they answer their questions falsely that they could be later prosecuted for perjury, or for making a false statement. The Court also advises the defendants that they have the right to remain silent but that by entering a guilty plea they will be incriminating themselves. The defendants indicate that they have discussed the right against self-incrimination with their counsel, and that they freely and voluntarily waive theses rights. Counsel concurs in the waiver.

The Court advises the defendants of certain constitutional rights: the right to a speedy and public trial; the right to be tried by a jury, alternatively, the right to waive a jury trial and be tried by the court. In either case the right to persist in a not guilty plea and have the right to have the government prove them guilty beyond a reasonable doubt; the right to be represented by an attorney throughout the proceedings. And, if they cannot afford an attorney, that one will be appointed free of charge; the right to confront and cross-examine all witnesses called to testify against them; the right to present witnesses and evidence on their behalf, and to have witnesses subpoenaed to testify; right against self incrimination (right to remain silent). However, by entering a plea of guilty that they will be waiving this right because they would be in fact incriminating themselves; the right to testify on their own behalf, but not be compelled to testify or to incriminate themselves. Defendants acknowledge that they have discussed these rights with

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

their counsel and that they freely, voluntarily and expressly waives these rights.  Counsel joins in the waivers.

Government counsel places elements of charges on the record and advises the defendants of the mandatory minimum and the statutory maximum sentence.  Defendants acknowledge that they understand the elements of the offense and that they have discussed these issues with their counsel.

Government counsel also advises the defendants that if they are given a term of imprisonment that afterwards they will be subject to supervised release and that if they violate the terms and conditions of supervised release that they can be given additional time in prison.

Defendants do not suffer from any mental or physical condition that could affect their plea. Counsel concur that the defendants are competent and in full possession of their faculties to enter a guilty plea at this time.  The Court finds that the defendants are in full possession of their faculties.

The Court advises the defendants that the Court will consider the sentencing guidelines and that the guidelines are not mandatory but advisory only.  Defendants acknowledge that they have reviewed the guidelines with their counsel.  The Court retains discretion in sentencing.

The Court advises the defendants that if they are not US citizens that there may be collateral consequences for entering a plea of guilty.

Court advises the defendant of the loss of certain civil rights with the entry of a guilty plea.

Defendants indicates that no promises have been made in exchange for a plea of guilty. Defendants will enter guilty pleas freely and voluntarily.

Government counsel places evidence of facts and the offer of proof of this case on the record. Defendants acknowledge facts to be true and correct.  **The matter stands in recess**.

|  | 1 | : | 03 |
|---|---|---|---|
| Initials of Deputy Clerk | | VRV | |

cc:  US Probation Office
     Pretrial Service