UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | CR 14-00712-SJO | Date | January 13, 2015 |
|---|---|---|---|

| Present: The Honorable | S. James Otero |
|---|---|
| Interpreter | Not Required |

| V.R. Vallery | Debbie Hino-Spaan | Ranee Katzenstein; Paul Stern |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Joel Barry Gillis | NOT | | xx | James W. Spertus | xx | | xx |
| (2) Edward Wishner | xx | | xx | Reuven L. Cohen | xx | | xx |

Proceedings:    HEARING RE CHANGE OF PLEA

## RETURN FROM RECESS

Defendant, Joel Barry Gillis is not present due to a medical emergency.  Defense counsel, James W. Spertus is excused.  The Court proceeds with the change of plea hearing as to defendant Edward Wishner.

Defense counsel, Reuven Cohen indicates he has reviewed all the discovery that has been provided by the government, and that he has reviewed the facts of the case and the discovery with defendant Edward Wishner.  That they have explored any possible defense with his client and that he believes there is a factual basis for the plea, and that it is in his client's best interests to enter a guilty plea.

The Court inquires whether defendant Wishner is making his plea freely and voluntarily.

Defendant Wishner acknowledges that he signed the waiver of the indictment.

Defendant (2) Edward Wishner enters a plea of guilty to **count one** of the Information which charges the defendant with Conspiracy, in violation of Title 18, United States Code, Section 1349; **counts two and three** of the Information which charges the defendant with Mail Fraud and Aiding and Abetting and Causing an Act to be Done, in violation of Title 18, United States

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Code, Section 1341 and Title 18, United States Code, Section 2; and **count four** of the Information which charges the defendant with Wire Fraud and Aiding and Abetting and Causing an Act to be Done, in violation of Title 18, United States Code, Section 1343 and Title 18, United States Code, Section 2.

The Court questioned defendant Wishner regarding the plea of Guilty and finds a factual and legal basis for the plea. The Court finds that the defendant Wishner has entered his plea freely and voluntarily with a full understanding of the charges against him and the consequences of his plea. The Court finds that the defendant Wishner understands his constitutional and statutory rights and wishes to waive them.

The Court refers defendant Wishner to the Probation Office for investigation and report and continues the matter to Monday, March 30, 2015 @ 9:00 a.m. for sentencing.

Government's position papers shall be filed by March 16, 2015. Defendant's position paper shall be filed by March 23, 2015. **The Court vacates the trial date as to defendant Edward Wishner**.

Upon the request of defense counsel, Reuven Cohen the Court modifies the defendants Joel Gillis and Edward Wishner's bail conditions to permit travel to the Southern District of California for the purpose of conferring with the receiver assigned to this case.

|  | : | 17 |
|---|---|---|
| Initials of Deputy Clerk | VRV | |

cc:  US Probation Office
     Pretrial Service