```
 1  EILEEN M. DECKER
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
 4  Assistant United States Attorney
    Deputy Chief, Major Frauds Section
 5  PAUL G. STERN (Cal. Bar No. 162734)
    Assistant United States Attorney
 6  Senior Litigation Counsel, Major Frauds Section
         1100 United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone: (213) 894-2432/0715
         Facsimile: (213) 894-6269
 9       E-mail:    ranee.katzenstein@usdoj.gov
                    Paul.stern@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-712-SJO |
|---|---|
| Plaintiff, | DECLARATION OF RANEE A. KATZENSTEIN RE WAIVER OF PRESENCE AT HEARING ON RESTITUTION BY DEFENDANTS GILLIS AND WISHNER |
| v. | |
| JOEL BARRY GILLIS, and EDWARD WISHNER, | Hearing Date: Feb. 1, 2016 |
| Defendants. | Hearing Time: 10:00 a.m.<br>Location:    Courtroom of the<br>             Hon. S. James Otero |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Ranee A. Katzenstein and Paul G. Stern, hereby files the declaration of Ranee A. Katzenstein regarding the waiver of presence at the hearing on

///

///

///

restitution by defendants Joel Barry Gillis and Edward Wishner.

Dated: Jan. 25, 2016          Respectfully submitted,

                              EILEEN M. DECKER
                              United States Attorney

                              LAWRENCE S. MIDDLETON
                              Assistant United States Attorney
                              Chief, Criminal Division


                                 /s/ *Ranee A. Katzenstein*
                              RANEE A. KATZENSTEIN
                              PAUL G. STERN
                              Assistant United States Attorneys

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA

2

## DECLARATION OF RANEE A. KATZENSTEIN

I, Ranee A. Katzenstein, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the Central District of California. In that capacity, I have been assigned, together with AUSA Paul G. Stern, the responsibility of representing the United States in <u>United States v. Joel Barry Gillis and Edward Wishner</u>, CR 14-712-SJO. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. On November 16, 2015, this Court sentenced defendant JOEL BARRY GILLIS ("GILLIS") to 120 months in custody and defendant EDWARD WISHNER to 108 months in the custody of the Bureau of Prisons and ordered both defendants to report for service of sentence on or before December 28, 2015. In compliance with this Court's order, on December 28, 2015, defendant GILLIS self-surrendered and is currently in the custody of the Bureau of Prisons at Lompoc USP, and defendant WISHNER self-surrendered and is currently in the custody of the Bureau of Prisons at Terminal Island FCI.

3. On January 22, 2016, AUSA Stern and I spoke by telephone with James W. Spertus, counsel for defendant GILLIS, and Reuven L. Cohen, counsel for defendant WISHNER, regarding the hearing on restitution in this case, which is currently set for February 1, 2016, at 10:00 a.m. Counsel for defendants GILLIS and WISHNER informed AUSA Stern and me that they had each communicated with their respective clients about the hearing and the right of each defendant to be present at the hearing. Counsel for defendants GILLIS and WISHNER further informed AUSA Stern and me that their clients each understood this right and each waived this right, and that neither of

their clients wished to be transported from his place of incarceration to the Courthouse in Los Angeles to attend the hearing.

4. Based on these representations, AUSA Stern and I informed counsel for defendants that the government would not be submitting a Request of the United States Attorney for Production of Federal Prisoner in the Custody of the United States Pursuant to Title 18, United States Code, Section 3621(d), for either defendant GILLIS or WISHNER to arrange for their presence at the hearing on February 1, 2016. As a result, neither defendant will be present at any hearing held on February 1, 2016. Counsel for each defendant agreed that such requests were not necessary and should not be submitted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 22, 2016.

_____
Ranee A. Katzenstein

2